## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHNNY DARRINGTON, AIS # 145167,** | **:** | |
| **Plaintiff,** | **:** | |
| **vs.** | **:** | **CIVIL ACTION 07-0209-WS-M** |
| **ROBERT KEAHEY,** *et al.*, | **:** | |
| **Defendants.** | **:** | |

### <u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** this 3rd day of September, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE